NATIONAL UNION BANK *v.* REED.

*(Common Pleas of New York City and County, General Term.   June 2, 1890.)*

Argued before LARREMORE, C. J., and DALY, J.

Reargument ordered on account of division of opinion.